**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Stephanie Howard ,

    Debtor.

Case No. 23−30017
Chapter 13

## NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on June 29, 2023 at 10:48 AM

to consider and act upon the following:

*31* − Motion for Relief from Stay . Fee Amount $188 filed by Larry E. Darby Esq on behalf of Rochester Hills Apartments. (Attachments: # 1 Exhibit affidavit lease ledger) (Darby, Larry)

* HEARING HELD ON 05/11/23 − ORDER NEVER SUBMITTED *

Dated June 17, 2023

Juan−Carlos Guerrero
Clerk of Court