The relief described hereinbelow is SO ORDERED

Done this 28th of June, 2023

Christopher L. Hawkins
United States Bankruptcy
Judge



_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:
STEPHANIE HOWARD,   CASE NO. 23-30017-CLH-13
                    CHAPTER 13

    DEBTOR.

### ORDER CONDITIONALLY DENYING
### MOTION FOR RELIEF FROM STAY

This matter having come before the Court on the Motion for Relief from Automatic Stay (Doc. 31) on behalf of Rochester Hills Apartments. Upon the Motion for Relief from Automatic Stay filed Rochester Hills Apartments, and the Court finding that the Motion for Relief from Automatic Stay is hereby,

ORDERED, ADJUDGED, CONSIDERED and DECREED as follows:

1. The Motion for Relief from Stay is CONDITIONALLY DENIED subject to the following terms and conditions.

2. The Debtor is to cure the current post-petition arrears of $3,715.00 with Rochester Hills Apartments within 120 days.

3. The Debtor shall pay the ongoing lease payments directly to Rochester Hills Apartments beginning June, 2023 in the amount of $855.00 monthly. In the event of any future breach of the ongoing lease, Rochester Hills Apartments shall mail, by regular mail, and file with the court a written twenty-one (21) day notice of default to the Debtor and the Debtor's attorney to their addresses listed in the petition. If the default is not cured within twenty-one (21) days from the date of the notice, then in that event the automatic stay imposed under 11 U.S.C. Section 362 will terminate automatically upon submission of a Notice of Termination of Automatic Stay to this Court.

###END OF ORDER###

This Consent Order prepared by:
Darby Law Firm, LLC
P.O. Box 3905
Montgomery, AL 36109
Tel. 334.356.3593 Fax 334.356.6392

**CONSENTED TO BY:**

 /s/Jessica P. Trotman
Staff Attorney for Sabrina L. McKinney
Chapter 13 Standing Trustee

*/s/***Larry Darby**                                            */s/***Paul Esco**
Larry Darby, Esq.                                              Paul Esco
Creditor                                                              Attorney for Debtor