Rochester Hills Apartments
803 Heather Drive
Prattville, Al 36066
334.310.6100

July 2, 2023

Stephanie Howard
310 Rochester Way, #402
Prattville, Alabama 36066

Re:   Conditional Denial Motion for Relief
      US Bankruptcy Court, Middle District of Alabama
      23-30017-CLH -13

Dear Ms. Howard

This notice is to inform you that you are in default of the Conditional Denial of the Motion for Relief by your failure to pay the July rents that came due on July 1, 2023. As a reminder there will be a late fee of $75.00 added to the account on July 6, 2023 which will need to be paid if you pay your rents on or after July 6, 2023 failure to pay the full amount owing will be considered a breach of the lease. You have the right to cure this breach during the next 21 days.


Sincerely,

/s/ Becky Williams

Authorized Agent


CC:

Paul Esco
200 Zelda Road, Suite 200-7
Montgomery, Al 36106